JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7296
    Facsimile:    (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0259 MHP |
|     Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| MALACHI BARTON, | ) ) | |
|     Defendant. | ) ) | |
| _____ | ) | |

       On April 13, 2010, the parties in this case appeared before the Court for identification of

counsel and scheduling of a detention hearing.  Mr. Paul De Meester was appointed counsel and

the matter was set for April 16, 2010, for a detention hearing.  The parties requested and the

court ordered that time between April 13 and April 16, 2010 be excluded under the speedy trial

act, 18 U.S.C. § 3161, to afford adequate preparation of counsel and assure continuity of counsel.

On April 16, 2010, the parties appeared before the Court for arraignment and a detention hearing. The defendant entered a plea of not guilty and waived a detention hearing and findings without prejudice, reserving the right to seek release if circumstances changed. The matter was scheduled for appearance before the Honorable Marilyn H. Patel on April 19, 2010. The parties requested and the court ordered that time between April 16 and April 19, 2010 be excluded under the speedy trial act, 18 U.S.C. § 3161, to afford adequate preparation of counsel and assure continuity of counsel. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel and effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:


JOSEPH P. RUSSONIELLO
United States Attorney


DATED: April 16, 2010          _____/s/_____
                               BENJAMIN P. TOLKOFF
                               Assistant United States Attorney


DATED: April 16, 2010          _____/s/_____
                               PAUL DE MEESTER
                               Attorney for MALACHI BARTON

//

//

//

//

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. BARTON; CR 10-0259 MHP                                      2

1 | //
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    For the reasons stated above, the Court finds that the exclusion of time from April 13

2  through April 19, 2010, is warranted and that the ends of justice served by the continuance

3  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161

4  (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective

5  preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.

6  §3161(h)(7)(B)(iv).

7

8  SO ORDERED.

9

10  DATED:_ April 19, 2010 _                    _____

11                                              HONORABLE BERNARD ZIMMERMAN
                                                United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. BARTON; CR 10-0259 MHP                                              4